

# The Martinez Firm

4230 S.R. 306, Suite 240
Willoughby, OH 44094

**EXHIBIT A**

# Statement

(216) 875-5555 Telephone   (216) 875-5566 Facsimilie

| Bill To |
|---|
| Christian Leonhardt |
| 8306 Whitewood Road |
| Brecksville, OH 44141 |

| Date | Amount Due | Enclosed |
|---|---|---|
| 12/01/13 | $1,250.00 | |

| Date | Description | Amount | Balance |
|---|---|---|---|
| 11/18/13 | Flat Project fee for criminal charges in Cleveland Municipal Court<br>--- Legal Fees $2,500.00 | 2,500.00 | |
| 11/18/13 | PMT | -2,500.00 | |

| Current | 1-30 Days Past Due | 31-60 Days Past Due | 61-90 Days Past Due | OVER 90 Days Past Due | Amount Due |
|---|---|---|---|---|---|
| | | | | | |